# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 72

Christopher Bauer,                                Petitioner and Appellant

v.

Job Service of North Dakota and
Harlow's School Bus Services,          Respondents and Appellees

## No. 20250003

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Charles B. Neff, Jr., Judge.

AFFIRMED.

Per Curiam.

Christopher M. Bauer, self-represented, Williston, N.D., petitioner and appellant.

Michael T. Pitcher, Assistant Attorney General, Bismarck, N.D., for respondent and appellee Job Service North Dakota.

Jesse H. Walstad, Bismarck, N.D., for respondent and appellee Harlow's School Bus Services.

# Bauer v. Job Service
## No. 20250003

**Per Curiam.**

[¶1]   Christopher Bauer appeals from a district court judgment affirming a Job Service of North Dakota decision denying his claim for unemployment benefits. On appeal, he argues his off-duty conduct did not rise to the level of misconduct disqualifying him from unemployment benefits, and he was deprived of due process. After a review of the record, we conclude Job Service's findings of fact are supported by a preponderance of the evidence, and its conclusion that Bauer's actions constituted disqualifying misconduct is supported by the findings. We summarily affirm the district court judgment affirming the Job Service decision under N.D.R.App.P. 35.1(a)(5).

[¶2]   Jon J. Jensen, C.J.
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr
       William A. Neumann, S.J.


[¶3]   The Honorable William A. Neumann, Surrogate Judge, sitting in place of Crothers, J., disqualified.